NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE, et al.<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BEHZAD AMINI, et al.,<br><br>　　　　　　Defendants. | Civ. No. 11-7079<br><br>MEMORANDUM ORDER |

THOMPSON, U.S.D.J.

　　THIS MATTER having been brought before the Court pursuant to Fed. R. Civ. P. 72(b); and it appearing that on October 7, 2014, United States Magistrate Judge Tonianne J. Bongiovanni filed a Report and Recommendation [42] in this case; and Defendant having been given opportunity to respond or otherwise object to this Report and Recommendation by October 21, 2014; and no objections having been received as of that date; and it appearing after review that this Court should adopt the Report and Recommendation without modification;

　　It is on this 24th day of October, 2014,

　　ORDERED that the Report and Recommendation is hereby adopted and entered, and the Plaintiff's Motion for Attorneys' Fees and Costs is GRANTED, and it is further

　　ORDERED that this case is closed.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Anne E. Thompson*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANNE E. THOMPSON, U.S.D.J.