NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

PROFOOT, INC.

                Plaintiff,

    v.

MSD CONSUMER CARE, INC.,

             Defendant.

Civ. No. 11-7079

MEMORANDUM ORDER

THOMPSON, U.S.D.J.

IT IS, on this 16th day of December, 2015,

ORDERED that Plaintiff's Antitrust Claims shall be severed from this action; and it is further

ORDERED that a trial date of May 10, 2016 shall be set for Plaintiff's Trademark Claims; and it is further

ORDERED that Fact Discovery shall close on February 29, 2016; and it is further

ORDERED that the parties shall submit pre-trial memos of no more than ten pages by April 15, 2016, which must include: a list of witnesses, a brief summary of each witness' testimony, a list of exhibits, and discussion of any evidence issues for trial.  It is further

ORDERED that should Plaintiff prevail on its Trademark Claims, a separate trial shall be held to determine damages.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.